IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02263-MSK-BNB

DAVID BLACH, d/b/a DAVID BLACH FARMS,

    Plaintiff,

v.

MARK RAY, individually and d/b/a SOURCE OF CHAMPIONS,
BERWICK BLACK CATTLE COMPANY, an Illinois corporation,
THROGMARTIN CATTLE COMPANY, LLC, a Florida limited liability company,

    Defendants.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter due to a friendship with a principal in one of the law firms. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

Dated this 15th day of November, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge