IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02263-LTB-BNB

DAVID BLACH d/b/a DAVID BLACH FARMS,

Plaintiff,

v.

MARK RAY, individually and d/b/a SOURCE OF CHAMPIONS,
BERWICK BLACK CATTLE COMPANY, an Illinois corporation, and
THROGMARTIN CATTLE COMPANY, LLC, a Florida limited liability company,

Defendants.
_____

**ORDER**
_____

This matter arises in connection with a status conference held this morning. Defendants Mark Ray, individually and d/b/a Source of Champions, and Berwick Black Cattle Company are the subjects of an involuntary bankruptcy proceeding in the Central District of Illinois, and the claims against them are subject to the automatic bankruptcy stay. Defendant Throgmartin Cattle Company, LLC ("Throgmartin"), is not in bankruptcy. Consistent with our discussion this morning at the status conference:

IT IS ORDERED that Throgmartin shall file a motion to stay proceedings as against it, if at all, on or before **February 5, 2007**.

IT IS FURTHER ORDERED that a scheduling conference for the non-bankrupt parties is set for **February 26, 2007, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall confer and submit a proposed scheduling order on or before **February 19, 2007**.

Dated January 23, 2007.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge