**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-02263-LTB-BNB

DAVID BLACH d/b/a DAVID BLACH FARMS,

       Plaintiff,

v.

MARK RAY, individually and d/b/a SOURCE OF CHAMPIONS;
BERWICK BLACK CATTLE COMPANY, an Illinois corporation; and
THROGMARTIN CATTLE COMPANY, LLC, a Florida limited liability company,

       Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion to Amend Complaint (Doc 34 - filed March 9, 2007) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1(A).

Dated:  March 12, 2007
_____