**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-02263-LTB-BNB

DAVID BLACH d/b/a DAVID BLACH FARMS,

       Plaintiff,

v.

MARK RAY, individually and d/b/a SOURCE OF CHAMPIONS;
BERWICK BLACK CATTLE COMPANY, an Illinois corporation; and
THROGMARTIN CATTLE COMPANY, LLC, a Florida limited liability company,

       Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     As a result of Defendant's Response, Plaintiff's Motion for Leave to File Amended Complaint (Doc 37 - filed March 12, 2007) is GRANTED.  The tendered Amended Complaint is accepted for filing.

Dated:  March 23, 2007
_____