**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-02263-LTB-BNB

DAVID BLACH d/b/a DAVID BLACH FARMS,

       Plaintiff,

v.

MARK RAY, individually and d/b/a SOURCE OF CHAMPIONS;
BERWICK BLACK CATTLE COMPANY, an Illinois corporation; and
THROGMARTIN CATTLE COMPANY, LLC, a Florida limited liability company,

       Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      The Motion to Withdraw (Doc 41 - filed March 23, 2007) is **GRANTED**.  E. Dwight Taylor of the law firm Edwards & Taylor, LLC is allowed to withdraw as counsel for Defendants Mark Ray, individually and doing business as Source of Champions, and Berwick Black Cattle Company, an Illinois corporation.

Dated:  June 13, 2007
_____