IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02263-LTB-BNB

DAVID BLACH d/b/a DAVID BLACH FARMS,

Plaintiff,

v.

MARK RAY, individually and d/b/a SOURCE OF CHAMPIONS,
BERWICK BLACK CATTLE COMPANY, an Illinois corporation, and
THROGMARTIN CATTLE COMPANY, LLC, a Florida limited liability company,
RONALD THROGMARTIN, and
THROGMARTIN REALTY & DEVELOPMENT, INC., a Florida corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1)     **Motion to Withdraw as Counsel for Defendants Throgmartin Cattle Company, LLC, Ronald Throgmartin, and Throgmartin Realty & Develpoment, Inc.** [Doc. # 47, filed 8/24/2007] (the "Motion to Withdraw") filed by Daniel E. Rohner of Sander, Ingebretson & Parish P.C.; and Edward M. Giles of Gorrell Giles PC;

(2)     **Motion for Protective Order In Light of Undersigned Counsel's Motion to Withdraw** [Doc. # 49, filed 8/24/2007] (the "Motion for Protective Order"); and

(3)     **Combined Motion to Modify Scheduling Order and Extend Discovery Cutoff, to Compel Responses to Discovery Requests and for Sanctions** [Doc. # 53, filed 8/29/2007] (the "Motion to Extend").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Withdraw is GRANTED.  Daniel E. Rohner of Sander, Ingebretson & Parish P.C.; and Edward M. Giles of Gorrell Giles PC, are relieved of any further responsibility in the case.

IT IS FURTHER ORDERED that Throgmartin Cattle Company, LLC; and Throgmartin Realty & Develpoment, Inc., shall cause substitute counsel to enter appearances on their behalf on or before **October 26, 2007**.  I caution Throgmartin Cattle Company, LLC; and Throgmartin Realty & Develpoment, Inc., that because they are corporations or other legal entities, they cannot appear without counsel admitted to practice before this court, and absent the entry of substitute counsel on or before October 26, 2007, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against them.  See D.C.COLO.LCivR 83.3D.  Although Ronald Throgmartin, as an individual, may represent himself in this action, I warn Mr. Throgmartin that he personally is responsible for complying with all court orders and time limitations established by any applicable order or rule.  Id.  His failure to do so may result in the imposition of sanctions, including the entry of a default judgment.

IT IS FURTHER ORDERED that the Motion for Protective Order is deemed MOOT.

IT IS FURTHER ORDERED that the defendants shall respond to the Motion to Extend on or before **November 9, 2007**.  The Motion to Extend is set for hearing on **November 13, 2007, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that the final pretrial conference set for November 15,

2007, at 9:30 a.m., is VACATED, to be reset at the hearing on November 13, 2007.

Dated October 9, 2007.

BY THE COURT:

　s/ Boyd N. Boland
United States Magistrate Judge