IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02263-LTB-BNB

DAVID BLACH d/b/a DAVID BLACH FARMS,

Plaintiff,

v.

MARK RAY, individually and d/b/a SOURCE OF CHAMPIONS,
BERWICK BLACK CATTLE COMPANY, an Illinois corporation, and
THROGMARTIN CATTLE COMPANY, LLC, a Florida limited liability company,
RONALD THROGMARTIN, and
THROGMARTIN REALTY & DEVELOPMENT, INC., a Florida corporation,

Defendants.

---

## ORDER

---

This matter is before me on **Defendants Ronald Throgmartin and Throgmartin Realty & Developments, Inc.'s Response to Plaintiff's Combined Motion and Notice of Joint Stipulation of Parties** [Doc. # 64, filed 11/9/2007] (the "Stipulation").  I am informed that the matters raised in the Combined Motion to Modify Scheduling Order and Extend Discovery Cutoff, to Compel Responses to Discovery Requests and for Sanctions [Doc. # 53] (the "Motion to Extend") have been resolved under terms specified in the Stipulation.  Accordingly:

IT IS ORDERED that the Motion to Extend [Doc. # 53] is DENIED as moot.

IT IS FURTHER ORDERED as follows:

(a)   Ronald Throgmartin and Throgmartin Realty & Development, Inc. (the "Throgmartin Defendants"), shall provide responses to the Plaintiff's Interrogatories and Requests for Production of Documents [etc.] (the "Discovery Requests") on or before

**November 19, 2007**.  In addition, Ronald Throgmartin shall request from Throgmartin Cattle

Company, LLC, any documents in its possession, custody, and control responsive to the

Discovery Requests which are not in the possession, custody, and control of the Throgmartin

Defendants and shall provide any such documents to the plaintiff;

  (b)   The deposition of Ronald Throgmartin shall be continued on December 27, 2007, in

Denver, Colorado, at such time and place as the parties may agree; and

  (c)   The parties may conduct a telephone deposition of Beth Youngbloom at a date and

time as they may agree, but not to occur later than **January 15, 2008**.

  IT IS FURTHER ORDERED that hearing on the Motion to Extend set for November 13,

2007, at 9:00 a.m., is VACATED.

  Dated November 9, 2007.

        BY THE COURT:

         s/ Boyd N. Boland
        United States Magistrate Judge