IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 06-cv-02263-LTB-BNB

DAVID BLACH d/b/a DAVID BLACH FARMS,

    Plaintiff,

v.

MARK RAY, individually and d/b/a SOURCE OF CHAMPIONS;
BERWICK BLACK CATTLE COMPANY, an Illinois corporation;
THROGMARTIN CATTLE COMPANY, LLC, a Florida limited liability company,
RONALD THROGMARTIN; and
THROGMARTIN REALTY & DEVELOPMENT, INC., a Florida corporation,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion to Dismiss Claims Against Mark Ray, Berwick Black Cattle Company and Throgmartin Realty & Development, Inc. With Prejudice (Doc 71 - filed February 5, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendants Mark Ray, Berwick Black Cattle Company, and Throgmartin Realty & Development ,** each party to pay their own fees and costs. The matter will continue against Defendants Ronald Throgmartin and Throgmartin Cattle Company, LLC.

                      BY THE COURT:

                      s/Lewis T. Babcock
                      Lewis T. Babcock, Judge

DATED: February 6, 2008