IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02263-LTB-BNB

DAVID BLACH d/b/a DAVID BLACH FARMS,

Plaintiff,

v.

RONALD THROGMARTIN,

Defendant.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion to Depose Kenneth Woods Out of Time to Preserve His Testimony for Trial** [Doc. # 66, filed 1/29/2008] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. Discovery is reopened solely to allow the parties to depose Kenneth Woods. That deposition shall be completed on or before **March 7, 2008**.

Dated February 14, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge