**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No.   06-cv-02263-LTB-BNB

DAVID BLACH d/b/a DAVID BLACH FARMS,

       Plaintiff,

v.

MARK RAY, individually and d/b/a SOURCE OF CHAMPIONS;
BERWICK BLACK CATTLE COMPANY, an Illinois corporation;
THROGMARTIN CATTLE COMPANY, LLC, a Florida limited liability company,
RONALD THROGMARTIN; and
THROGMARTIN REALTY & DEVELOPMENT, INC., a Florida corporation,

       Defendants.
_____

**ORDER**
_____


       Upon Defendant Ronald Throgmartin's Response (Doc 83) to Plaintiff's Motion

Pursuant to Rule 60(b) to Correct Order of Dismissal of Defendants Ray and Berwick Black

Cattle Company (Doc 77), it is

       ORDERED that the dismissal of claims against Defendants Mark Ray, Berwick

Black Cattle Company, and Throgmartin Realty & Development, Inc. is **WITHOUT**

**PREJUDICE**.

                        BY THE COURT:


                        __s/Lewis T. Babcock_____
                        Lewis T. Babcock, Judge

DATED:  March 3, 2008