IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-02263-LTB-BNB

DAVID BLACH d/b/a DAVID BLACH FARMS,

      Plaintiff,

v.

THROGMARTIN CATTLE COMPANY, LLC, a Florida limited liability company, and
RONALD THROGMARTIN,

      Defendants.
_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Unopposed Motion to Withdraw as Counsel for Defendant Ronald Throgmartin (Doc 89 - filed March 21, 2008) is **GRANTED**. William F. Jones and Matthew A. Morr of Moye White LLP are allowed to withdraw as counsel for Defendant Ronald Throgmartin herein. Defendant Ronald Throgmartin will proceed pro se in this matter and should be added to the notice of electronic filing as follows:

      Ronald Throgmartin
      9180 Estero Park Commons Blvd., Suite 7
      Estero, Florida 33928

Dated: April 3, 2008
_____