**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-02263-LTB-BNB

DAVID BLACH d/b/a DAVID BLACH FARMS,

      Plaintiff,

v.

THROGMARTIN CATTLE COMPANY, LLC, a Florida limited liability company, and
RONALD THROGMARTIN,

      Defendants.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK


      Please be advised that the trial preparation conference set **Friday, October 31, 2008 is RESET to 9:00 a.m.** The parties shall submit a witness list, exhibit list, and proposed findings and conclusions at this conference.

      Pro se Defendant Throgmartin's Motion to Request Attending Trial Preparation Conference via Telephone (Doc 100 - filed October 10, 2008) is **GRANTED**. Defendant is directed to contact chambers at 303-844-2527 prior to the October 31, 2008 setting to advise the Court of the phone number where he will be available.


Dated: October 22, 2008
___